UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RON LEVINE,<br><br>       Plaintiff,<br><br> - against -<br><br>STRYKER CORPORATION<br><br>       Defendant. | Docket No. 2:19-cv-4887<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Ron Levine ("Levine" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Stryker Corporation ("Stryker" or "Defendant") hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted portraits, owned and registered by Levine, a professional photographer. Accordingly, Levine seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

**JURISDICTION AND VENUE**

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York and is registered with the New York Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Levine is a professional photographer in the business of licensing his photographs for a fee having a usual place of business at 9-D rue du Pacifique, Str Anne de Bellevue, Quebec H9X 1C5 Canada.

6. Upon information and belief, Stryker is a domestic business corporation organized and existing under the laws of the State of Michigan, with a place of business at 151 Fairchild Avenue, #5, Plainview, New York 11803. Upon information and belief, Stryker is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, Stryker has owned and operated a website at the URL: www.Stryker.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photographs**

7. Levine took portraits (the "Photographs"). A true and correct copy of the Photographs are attached hereto as Exhibit A.

8. Levine licensed the Photographs to Stryker for 5 years.

9. Levine is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10. The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-163-297.

### B. Defendant's Infringing Activities

11. Stryker continued to run the Photographs on its Website beyond the 5-year original license Levine had with Stryker. Screenshots of the Photograph on the Website are attached hereto in Exhibit B.

12. Stryker did not license the Photographs from Plaintiff for its Website beyond the original 5-year license, nor did Stryker have Plaintiff's permission or consent to publish the Photographs on its Website beyond the 5-year license.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Stryker infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website beyond the 5-year license. Stryker is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs beyond the 5-year license.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Stryker have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Stryker be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
August 26, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Ron Levine*